_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

C-13-16(FTP)
(Rev. 10/20)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Henderson, Gregory Leon    xxx-xx-7612 | ) | |
| 3312 Crestview Dr. | ) | Case No. 21-10049 C-13G |
| High Point, NC 27260 | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION FOR SALE OF REAL PROPERTY

This case came before the Court for hearing on June 29, 2021, on the Motion filed by the Debtor for private sale of real property commonly known as 831 Rosecrest Drive, High Point, NC 27260 ("real property") and for attorney fees in reference to the Motion.   All necessary parties having been given adequate notice of the Motion and hearing, at the hearing the attorney for the Debtor, the Assistant U.S. Bankruptcy Administrator and the Trustee appeared.

The Court finds after hearing on the Motion as amended in open court that the Debtor requests authorization to sell the real property to Latt Aung Kinraw ("Purchaser") for $120,000.00 with all liens against the real property, property taxes and standard seller closing costs excluding any broker's commission to be paid in full at closing with the remaining proceeds to be disbursed to the Chapter 13 Trustee.  The Court finds the proposed sale to represent an arms-length transfer between the Debtor and the Purchaser.  The Court finds cause exists to grant the Motion as amended.  The Court further finds the attorney for the Debtor should be allowed a fee in the amount of $400.00 in reference to the Motion with the $400.00 fee to be paid through the disbursements by the Trustee; therefore, it is

ORDERED that the Motion by the Debtor for authorization to sell the real property to the Purchaser pursuant to the Motion as amended is granted on condition that all liens against the real

property, property taxes and other standard seller closing costs with the exception of any broker's commission are paid in full at closing with the balance of the proceeds remaining after payment of liens, property taxes and standard seller closing costs excluding any broker's commission to be disbursed to the Chapter 13 Trustee; and, it is further

ORDERED that the closing agent or attorney is required to deliver the balance of the sales proceeds to the Chapter 13 Trustee with a copy of the closing statement at Chapter 13 Office, P.O. Box 1720, Greensboro, NC 27402, not later than seven (7) business days following closing on the sale of the property; and, it is further

ORDERED that the Trustee shall reserve the funds received from the sale of the real property and parties in interest shall have 30 days from July 7, 2021, to file the appropriate application to employ and pay any broker's commission or motion concerning the disbursement of the proceeds with the Trustee to disburse the funds received after the 30 day time period expires pursuant to the liquidation requirements of the confirmed plan if no appropriate application to employ and pay any broker's commission or motion has been filed; and, it is further

ORDERED that the attorney for the Debtor is allowed a fee in the amount of $400.00 in reference to the Motion with the $400.00 fee to be paid through the disbursements by the Trustee; and, it is further

ORDERED that Bankruptcy Rule 6004(h) is modified and this Order is effective immediately upon entry of the Order.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
21-10049 C-13G


**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**